# Order

Michigan Supreme Court
Lansing, Michigan

January 12, 2007

132749

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DUBOSE/WARREN MINORS.

_____

DEPARTMENT OF HUMAN SERVICES,
f/k/a FAMILY INDEPENDENCE AGENCY,
          Petitioner-Appellee,

v

ROXANNE DUBOSE,
          Respondent-Appellant,

and

LON HOWARD WARREN,
          Respondent.

SC: 132749
COA: 268652
Oakland CC
Family Division: 03-676823-NA

_____/

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2007

Clerk

l0109